IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>JAIME NORBERTO; MARIA NORBERTO, d/b/a Casa Maria #2, <br><br>　　　　Defendants. <br>_____/ | No. C 03-3886 JSW <br><br>**ORDER REFERRING EX PARTE APPLICATION FOR ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, Plaintiff's ex parte application for entry of order authorizing process server to levy execution in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. Plaintiff shall serve a copy of this Order on Defendants with proof of such service to the Court by no later than October 16, 2007.

**IT IS SO ORDERED.**

Dated: October 10, 2007

　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　Wings Hom