UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> JAIME NORBERTO; MARIA NORBERTO, d/b/a Casa Maria #2, <br><br> Defendant(s). | No.  C 03-3886 JSW (BZ) <br><br> **REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION** |

By Order dated October 10, 2007, the Honorable Jeffrey S. White referred to me plaintiff's *ex parte* application for order authorizing process server to levy execution.  The following is my report and recommendation as to plaintiff's motion.

On June 4, 2004, judgement was entered for the plaintiff in the amount of $3,200 in damages plus $2,995 in costs and fees associated with litigation.  (Memo. Of Points and Authorities p. 1, lns. 23-24.)  The total amount of judgement was $6,195.  The judgement remains unsatisfied, either in part or in whole.  (Decl. Of David J. Cook ¶ 2.)  Plaintiff

1

1  now seeks an order authorizing a process server, specifically
2  DDS Legal Support System/VSC Attorney Service, to levy and
3  execute under California Code of Civil Procedure section
4  699.080 in lieu of the United States Marshal.  (*Ex parte* App.
5  lns. 20-21; see also Decl. of David S. Cook ¶ 3.)  A
6  registered process server is a person registered as a process
7  server pursuant to the California Business and Professions
8  Code sections 22350 through 22360.  See Cal. Civ. Proc. Code
9  § 481.250 (citations omitted).  The registration card for the
10 process server authorizes service in any county in the state
11 under California Business and Professions Code section
12 22350(a).  Id.  (See also Exhibit B to Decl. Of David S.
13 Cook.)

14      Pursuant to Rule 69(a) of the Federal Rules of Civil
15 Procedure, post-judgement enforcement proceedings must comply
16 with California law.  See Garden City Boxing Club, Inc. v.
17 Aviles, 2007 WL 1821466, *1 (E.D. Cal.) citing Credit Suisse
18 v. U.S. Dist. Court for Cent. Dist. of California, 130 F.3d
19 1342, 1344 (9th Cir. 1997).  "Under California law, a
20 registered process server may levy under a writ of
21 attachment."  Garden City, 2007 WL 1821466, *1 citing Cal.
22 Civ. Proc. Code § 488.080.  The use of a process server is
23 routine in the enforcement of judgements and is authorized by
24 California law.  See id. At *2.

25      I have reviewed the documents filed by plaintiff.  I
26 find that DDS Legal Support System/VSC Attorney Services is a
27 registered process server, having been granted a registration
28 number and card by the Orange County Clerk-Recorder.  (See

Exhibit B to Decl. of David S. Cook.)  Based on the declarations of the plaintiff's attorney, I find that the interests of justice would be served by relieving the United States Marshall from certain types of services necessary to effectuate collection of the Judgement in this action.

For the aforementioned reasons, I recommend that the court **GRANT** plaintiff's *ex parte* application for order authorizing a process server to levy execution.

Dated: October 22, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\KINGVISION\Kingvision v. norberto report and recommendation.wpd

3