IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

v.

JAIME NORBERTO; MARIA NORBERTO,
d/b/a Casa Maria #2,

    Defendants.
_____/

No. C 03-3886 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AUTHORIZING PROCESS SERVER TO LEVY EXECUTION**

On October 22, 2007, Magistrate Bernard Zimmerman issued a report and recommendation. No party has filed objections to the Report and Recommendation within the required time period.

Having considered the Report and Recommendation, the Court finds it correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court GRANTS Plaintiff's ex parte application for entry of order authorizing process server to levy execution.

**IT IS SO ORDERED.**

Dated: December 27, 2007

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE